# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br><br>Plaintiff-in-Interpleader,<br><br>v.<br><br>PATRICIA WEISS; NANCY REUSSER HALSTEAD; and SOPHIA ADAMS,<br><br>Defendants-in-Interpleader. | CASE NO. 16cv1692 JM(KSC)<br><br>ORDER DENYING EX PARTE REQUEST TO APPEAR TELEPHONICALLY; SCHEDULING SETTLEMENT CONFERENCE |

Defendant-in-Interpleader Patricia Weiss moves ex parte for leave to appear telephonically at the September 21, 2018 8:30 a.m. Pretrial Conference. The court denies the request because Ms. Weiss's presence is required to adequately discuss trial preparations. Ms. Weiss should be prepared to discuss exhibits, witnesses, and any evidentiary issue. The court also reminds the parties (Ms. Weiss and Ms. Halstead) that they must meet and confer and prepare a Proposed Pretrial Order as required by Local Rule 16.1(f)(6). The parties must *jointly* submit the Proposed Pretrial Order to the court by September 14, 2018.

/ / /

/ / /

/ / /

/ / /

1 | The court also schedules a mandatory settlement conference before Magistrate
2 | Judge Karen S. Crawford on *September 21, 2018 at 9:30 a.m.*
3 | **IT IS SO ORDERED.**
4 | DATED: May 15, 2018

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties
    Magistrate Judge Crawford